FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 23, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAMELA S.,[1] | No.  2:25-cv-391-EFS |
| Plaintiff, | |
| v. | **ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

The parties agree that the matter should be reversed and remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. The parties also agree that Plaintiff is entitled to reasonable attorney fees

---

[1] For privacy reasons, the Court refers to every social security plaintiff by first name and last initial or by "Plaintiff." *See* LCivR 5.2(c).

ORDER - 1

and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to the Court.

Consistent with the parties' agreement, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Remand, **ECF No. 19**, is **GRANTED.**

2. This matter is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council is to instruct the ALJ to further evaluate the value of the claimant's truck and horse trailer under the relevant statute and POMS provisions; take any further action needed to complete the administrative record; and issue a new decision.

3. The Clerk's Office shall **TERM** the hearing and Plaintiff's brief, **ECF No. 11**, enter **JUDGMENT** in favor of Plaintiff, and **CLOSE** the case.

//

//

ORDER - 2

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 23rd day of March 2026.

*Edward F. Shea*
_____
EDWARD F. SHEA
Senior United States District Judge

ORDER - 3